UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY LAMELL EZELL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C24-1863RSM

ORDER DIRECTING THE UNITED STATES TO ANSWER §2255 PETITION

This matter comes before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (Dkt. #1). After a preliminary review of the motion, the Court ORDERS as follows:

(1) Within forty-five (45) days after the filing of this Order, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. As part of its Answer, the United States shall state its position as to whether an evidentiary hearing is necessary, whether any discovery is necessary, whether there is any issue as to abuse or delay under Rule 9, and whether Petitioner's motion is barred by the statute of limitations.

///

///

ORDER

(2) On the face of its Answer, the United States shall note this matter 28 days following the filing of its Answer, and the Clerk shall note the matter on the Court's docket accordingly.

(3) Petitioner may file a Reply to the Answer no later than the noting date.

The Clerk shall direct a copy of this Order to Petitioner.

DATED this 18th day of February, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER