Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY LAMELL EZELL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 24-CV-1863-RSM<br><br>ORDER GRANTING UNITED STATES' SECOND MOTION TO EXTEND § 2255 ANSWER DEADLINE |

Having reviewed the United States' second motion to extend its 28 U.S.C. § 2255 answer deadline and for good cause shown, the Court GRANTS the motion. The United States' answer to the § 2255 petition is due June 9, 2025.

SO ORDERED.

Dated this 19th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Jonas Lerman*
JONAS LERMAN
Assistant United States Attorney

Order Granting 2d Mot. to Extend § 2255 Answ. Deadline – 1
*Ezell v. United States* / 24-CV-1863-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970